**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **IWC Oil & Refinery, LLC** |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 3 2 1 0 1 9 9 |

**4. Debtor's address**

Principal place of business

**8610 N. New Braunfels, Suite 301**

Number        Street

**San Antonio, TX 78217**
City                              State    ZIP Code

**Bexar**
County

Mailing address, if different from principal place of business

Number        Street

City                              State    ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                              State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://iwcoil.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **IWC Oil & Refinery, LLC** _____     Case number (if known) _____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **3  2  4  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                      MM / DD / YYYY

      District _____   When _____   Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

      District _____   When _____
                                          MM / DD / YYYY

      Case number, if known _____

Debtor    **IWC Oil & Refinery, LLC**                                                     Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>_____<br><br>_____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☑ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | **IWC Oil & Refinery, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/23/2025**
MM/ DD/ YYYY

**X** **/s/ Marco Aparicio** **Marco Aparicio**
Signature of authorized representative of debtor      Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Steven G. Cennamo** Date **06/23/2025**
Signature of attorney for debtor      MM/ DD/ YYYY

**Steven G. Cennamo**
Printed name

**Law Office of Cennamo & Werner**
Firm name

**8546 Broadway Ste 100**
Number      Street

**San Antonio** **TX** **78217-6345**
City      State      ZIP Code

**(210) 905-0529** **scennamo@cennamowernerlaw.com**
Contact phone      Email address

**04045600** **TX**
Bar number      State

Fill in this information to identify the case:

Debtor name            **IWC Oil & Refinery, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1  TYR USA 1330 Spindletop Rd Corpus Christi, TX 78409 | | | | | | $7,014,996.96 |
| 2  AOC Bargue 6551 StarCourt Ste B Laredo, TX 78041 | | | | | | $5,254,431.48 |
| 3  TVT 2.0 LLC 159 West Broadway Ste 200 - PMB170 Salt Lake City, UT 84101 | | | Disputed | | | $3,908,459.47 |
| 4  Shell Trading (US) Company level 12 1000 Main Street 1700 Houston, TX 77002 | | | Disputed | | | $2,300,000.00 |
| 5  Shell Trading (US) Company 111 Wall Street New York, NY 10043 | | | Disputed | | | $2,242,944.18 |
| 6  KCSM (Kansas City Southern de México Col. Hidalgo Av. Manuel L. Barragán No. 4850 Norte Monterrey, 64290 | | | | | | $2,059,566.82 |
| 7  Jefferson Energy Company 811 Loisiana St. ste 2300 Houston, TX | | | | | | $1,744,165.83 |
| 8  Traveler's Bond & Specialty Insurance P.O. Box 2989 Hartford, CT 06104 | | | Disputed | | | $1,400,000.00 |

Debtor    **IWC Oil & Refinery, LLC**          Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Traveler's Insurance Company P.O. Box 2989 Hartford, CT 06104 | | | | | | $1,400,000.00 |
| 10   TransMontaigne Partners LLC 1870 Louisiana St Beaumont, TX 77701 | | | Disputed | | | $1,344,303.89 |
| 11   Kansas Railway MEXICO 326 S Jefferson St Mexico, MO 65265 | | | | | | $1,333,123.12 |
| 12   Junction Fuels, LLC (Throughput) 2110 Main St Junction, TX 76849-3025 | | | | | | $1,296,494.61 |
| 13   BP North America Petroleum 30 South Wacker Drive Suite 900 Chicago, IL 60606 | | | | | | $1,130,146.81 |
| 14   AITX 2330 FM 2917 Alvin, TX 77511 | | | | | | $863,696.41 |
| 15   BP p.l.c. 01 Westlake Park Boulevard Houston, TX 77079 | | | | | | $780,146.81 |
| 16   Tartan Oil, LLC 20 Greenway Plz #300 Houston, TX 77046 | | | Disputed | | | $721,548.59 |
| 17   Rail Logix Alamo Junction LLC 3330 S. Sam Houston Pky. E. Houston, TX 77047 | | | | | | $712,184.25 |
| 18   CIT Group / First Citizens Bank 30 S. Wacker Dr Suite 3100 Chicago, IL 60606 | | | | | | $616,295.26 |
| 19   TYR Energy Logistics (Mexico), LLC 76 Lake Shore Dr Corpus Christi, TX 78413 | | | | | | $602,392.00 |
| 20   Bluewig One, LLC 1610 Woodstead Ct. Suite 220 The Woodlands, TX 77380 | | | | | | $477,887.23 |

```
Fill in this information to identify the case:

Debtor name          IWC Oil & Refinery, LLC

United States Bankruptcy Court for the:

                     Western District of Texas

Case number (if known):
```

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule*

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/23/2025                   **X** /s/ Marco Aparicio
             MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

                                             **Marco Aparicio**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     IWC Oil & Refinery, LLC

Case No. _____

**Debtor**                                                          Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................     **$15,000.00**

Prior to the filing of this statement I have received ................................................................     **$15,000.00**

Balance Due ............................................................................................................................     **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor               ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor               ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/23/2025** | **/s/ Steven G. Cennamo** |
|---|---|
| *Date* | Steven G. Cennamo |
| | *Signature of Attorney* |

Bar Number: 04045600
Law Office of Cennamo & Werner
8546 Broadway Ste 100
San Antonio, TX 78217-6345
Phone: (210) 905-0529
Fax: (210) 905-4373

**Law Office of Cennamo & Werner**
*Name of law firm*

Date: **06/23/2025**                **/s/ Marco Aparicio**
                                    **Marco Aparicio**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **IWC Oil & Refinery, LLC**                                    CASE NO

                                                                                              CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**06/23/2025**____        Signature _____**/s/ Marco Aparicio**_____

                                                                                    Marco Aparicio, Managing Member

225 Rail (Gravity Rail
terminal)
1001 N. South Street
Pasadena, TX 77503


ACBL Amer Comm Barge Line
LLC
1701 E. Market Street
Jeffersonville, IN 47130-4717


Acqua Chill
9207 Marbach Rd
San Antonio, TX 78245


Adam Cortez
1707 Antler Crossing
San Antonio, TX 78248


ADKF
8610 North New Braunfels Suite 101
San Antonio, TX 78217


Aetna
151 Farmington Avenue
Hartford, CT 06156


AI TX
2330 FM 2917
Alvin, TX 77511


All in One Apartment Locator
LLC
14546 Brookhollow 359
San Antonio, TX 78232

Allied Petrochemical LLC
1249 South River Rd. Suite 204
Cranbury, NJ 8512


Alosa Transport, Inc
7724 South Cage Blvd Pharr Tx 78577
Pharr, TX 78577


Altiras Fuels, LLC
15354 Park Row,
Houston, TX 7708


AM Diesel Shop
295 N. Medford Ave
Brownsville, TX 78521


Amazon
410 Terry Ave N
Seattle, WA 98109


American Commercial Barge
Line LLC
Jeffersonville, IN 47131


American Express
P.O. Box 650448
Dallas, TX 75265


American Industrial Transport
(AITX)
100 Clark Street
Saint Charles, MO 63301

**AmSpec**
6551 StarCourt Ste B
Laredo, TX 78041

**Anahuac Transport**
309 S. FM 1724
Anahuac, TX 77514

**Annette Hilliard**
104 Huerta St
Kendalia, TX 78027

**AOC Bargue**
6551 StarCourt Ste B
Laredo, TX 78041

**AOC Trucks (Arguindegui Oil Companies)**
9207 Marbach Rd
San Antonio, TX 78245

**Aqua Chill of San Antonio #37**
6551 StarCourt Ste B
Laredo, TX 78041

**Arguindegui Oil Company**
1414 Valero Way
Corpus Christi, TX 78409

**At&T**
PO Box 6416
Carol Stream, IL 60197

Bank of American
PO Box 15047
Wilmington, DE 19850

Bay Ltd.
16800 Greenspoint Park Dr suite 300 s
Houston, TX 77060

Beau Veritas
11700 Old Highway 48
Brownsville, TX 78521

Begum-Pelaez-Prada LLC
5511 I-10 Suite 3
San Atnonio, TX 78201

Bexar County
c/o Bradley Balderrama
112 E Pecan St Ste 2200
San Antonio, TX 78205-1588

Bexar County Tax Assessor
Collector
PO Box 2903
San Antonio, TX 78299-2903

Bluewig One, LLC
1610 Woodstead Ct. Suite 220
The Woodlands, TX 77380

BMH Speedway, LLC (Eloy
Garcia)
24706 Cloudy Creek
San Antonio, TX 78255

Bourque Logistics LLC
30 South Wacker Drive Suite 900
Chicago, IL 60606

BP North America Petroleum
30 South Wacker Drive Suite 900
Chicago, IL 60606

BP p.l.c.
01 Westlake Park Boulevard
Houston, TX 77079

Bravo Capitol LLC
3415 Greystone Dr 210
Austin, TX 78731

Brenntag Southwest, Inc.
P.O Box 843376
Dallas, TX 75284-3376

Brownsville & Rio Grande
International Railway, LLC
(BRG)
12650 State Highway 48
Brownsville, TX 78521

Bunker One Land Fuel
Services
440 Louisiana Street

Bureau Veritas (Laboratory)
1300 Hercules Ste. 105
Houston, TX 77058

Camin Cargo Control, Inc.
1001 Shaw Avenue


Canadian Pacific Kansas City
Limited (CPKC)
427 W 12th St
Kansas City, MO 64105


Capitol One
PO Box 71083
Charlotte, NC 28272


Carlos Dayan


Century Oaks Independence
Farm LLC
7500 Farm to Market Road 390
Brenham, TX 77833


Cervera Diesel & Gasoline
Trading LLC
3007 San Sebastian St
Mission, TX 78572


Chamberiain, Hrdlicka
Attornyes at Law
1200 Smith Street Suite 1400
Houston, TX 77002


Chamberlain, Hrdlicka, White,
Williams & Aughtry PC
1200 Smith St. Ste. 1400
Houston, TX 77002

CHEM CARRIERS LLC
1237 Highway 75
Sunshine, LA 70780


Chevron



CIT Bank, N.A.
30South Wacker Drive Suite 2900
Chicago, IL 60606


CIT Group / First Citizens
Bank
30 S. Wacker Dr Suite 3100
Chicago, IL 60606


Comptroller of Public
Accounts
P.O. BOX 149348
Austin, TX 78714-9348


Crady Jewett McCulley &
Houren LLP
Carlton D. Wilde Jr.
2727 Allen Parkway 1700
Houston, TX 77019


CruMac Logistic Services LLC
4201 Merida Dr
Laredo, TX 78046


CSC Corporation
251 Little Falls Drive
Wilmington, DE 19808

CT Corporation Systems
330 N. Brand Blvd 700
Glendale, CA 91203


CTWP/DLL- Konica Minolta
3730 Franklin Ave
Waco, TX 76710


Daniels & Tradennick, PLLC
6363 Woodway Dr. Suite 700
Houston, TX 77057


DE LAGE LANDEN FINANCIAL
SERVICES, INC
P.O. BOX 41602
Philadelphia, PA 19101-1602


Diana Segovia
6911 Country Rose
San Antonio, TX 78240


Eagle Pass International
Logistics
2829 E Main St 4B
Eagle Pass, TX 78852


Edwin Lubbers
592 Elmdale Court
Holland, MI 49423


EMS Management
PO Box 157
Denison, TX 75021

Energy Gulf
8 Greenway Plaza ste 1440
Houston, TX 77046

Enterprise Solutions Systems
13526 George Road 210
San Antonio, TX 78230

Exxon

Firebird Bulk Carriers Inc
9100 Old Hwy 48
Brownsville, TX 78521

First Flare and Repair, LLC
6551 S Revere Pkwy Ste 200
Centennial, CO 80111

Foley & Lardner LLP
Attn: Jill M. Hale
1000 Louisiana 200
Houston, TX 77002-2099

Fuel Logic LLC
350 Hawkins Run Rd. Ste 1
Midlothian, TX 76065

G and G Partners LLC
3205 Dixie Farm Rd
Pearland, TX 77581

GATX Corporation
1401 W Brown St
Hearne, TX 77859


GATX Corporation
233 S. Wacker Drive
Chicago, IL 60606


GHMR Operations LLC
1320 S University Dr Ste 801


GHMR Operations, LLC
1320 N S University Dr Ste 801
Ft Worth, TX 76107


Godinez Trucking Service LLC
707 Ruby Rd
Laredo, TX 78045-6351


Gravity Rail, LLC
11821 E Fwy Ste 430
Houston, TX 77029


Great American Financial
625 First St. SE
Cedar Rapids, IA 52401


GreatAmerica Financial
Services
625 First St. SE
Cedar Rapids, IA 52401

Gregory Neely
10810 Brittmoore Oaks Pl
Houston, TX 77043


Griselda Del Toro
114 Talavera Pkway Apt 1518
San Antonio, TX 78232


GRUPO BASE ENERGETICOS
S.A DE C.V
7724 S Cage Blvd
Pharr, TX 78577


Grupo RC, INC / CA-Garvel
7724 S Cage Blvd
Pharr, TX


GS Corporation
17785 Center Court Drive, Ste 260
Cerritos, CA 90703


Gustavo Rodriguez Gonzalez


GXOil & Grease, LLC
1335 Boyles St Ste 100
Houston, TX 77020


Hartman SPE LLC
2909 Hillcroft 420
Houston, TX 77057

Hedgepoint Global Markets
Av. José de Souza Campos 507 Floor 9
Campinas13025?320


Hesca Environmental Services
LLC
18756 Stone Oak Parkway
San Antonio, TX


I&D The Valley Logistics, LLC
810 S Taylor Rd Apt 322
Mission, TX 78572


InterContinental Terminals
Company (ITC)
1030 Ethyl Corp Rd
Pasadena, TX 77503


Intergeneral Transport LLC
4585 AUSTIN RD APT 4D
BROWNSVILLE, TX 78251


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IWC Carriers, LLC
8610 N New Braunfels Ave Ste 301
San Antonio, TX 78217


IWC Oil & Refinery SA de CV
59 Poniente #125 Dept.1 Col. El Cerrito

J.J. Keller & Associates, Inc
3003 Breezewood Lane
Neenah, WI 54956


James Coop
15 mayfield drive mobberley knutsford
wa167px


Jefferson
1345 Avenue of the Americas 45th Floor
New York, NY 10105


Jefferson Energy Company
811 Loisiana St. ste 2300
Houston, TX


JNMAR Transport LLC
3305 Granjeno Ave
Hidalgo, TX 78557


Jobe Materials
1150 Southview Dr.
El Paso, TX 79928


Jumandi Group, S.A.P.I. de
C.V
Estación Chicalote
Carr. Estatal 85 Km. 4.7
San Francisco de los Romo, Ags., México
20356

Junction Demurrage/Dock
/Others
2110 N. Main Street
Junction, TX 76849

Junction Freight
2110 Main St
Junction, TX 76849

Junction Fuels LLC ( antes
Starr Rail Corpus)
7515 Lemmon Avenue
Dallas, TX 75209

Junction Fuels, LLC
(Throughput)
2110 Main St
Junction, TX 76849-3025

JVS Holdings, LLC d/b/a EMS
Management
PO Box 157
Denison, TX 75021

Kansas City Southern Railway
Company
427 W. 12th St.
Kansas City, MO 64105

Kansas Railway MEXICO
326 S Jefferson St
Mexico, MO 65265

KCSM (Kansas City Southern
de México
Col. Hidalgo
Av. Manuel L. Barragán No. 4850 Norte
Monterrey64290

KeyWe India Private Limited
Kuber Apartment, Padmawati Colony?II
F.No. G?3, Ground Floor, P. No. 239
Jaipur302019

Lam, Lyn & Philip PC
6363 Woodway Dr Ste 975
Houston, TX 77057-1713


Lazarus Energy, LLC
801 Travis Street Suite 2100
Houston, TX 77002


Les Solutions NexDefend Inc.
304?615 Avenue Norvège
QuébecG1X 3G1


LetZ Go Transport, Inc.
802 Sunray Rd
Ingleside, TX 78362


Lomar Properties LLC
3522 Paesanos Pkwy
San Antonio, TX 78231


Mansfield Oil Company
1025 Airport Pkwy
Gainesville, GA 30501


Marco Antonio Aparicio Jr.
6 Davenport Ln.
San Antonio, TX 78257


Markets and Markets
1615 South Congress Ave 103
Delray Beach, FL 33445

Microsoft
1 Microsoft Way
Redmond, WA 98052


Mission Rail Park
9377 County Rd 128
Floresville, TX 78114


Moffit Services
17302 House Hahl Rd. Ste 211
Cypress, TX 77433


Motiva Enterprises LLC
2555 Savannah Ave
Port Arthur, TX 77640


NEC Financial Leasing
250 Pehle Ave
Saddle Brook, NJ 07663


New York Life
New York Life
Chicago, IL 60675


North Atlantic Supply Co.
510 Clinton Sq
Rochester, NY 14604


Odessa Pumps
7302 Leopard St
Corpus Christi, TX 78409

OPIS
750 Town & Country Blvd Suite 850
Houston, TX 77024

O'Rourke
8799 North Loop E. Fwy, 3rd Floor
Houston, TX 77029

P&E Oil Compay
PO Box 1506
Brownwood, TX 76804

Payroll Vault
2101 Lockhill Selma Dr Ste 206
San Antonio, TX 78213

Pel-State Oil Company, Inc.
909 W. 70th St.
Shreveport, LA 71106

Petroland, S.A. De C.V.
Miguel Hidalgo 363, Pio 3, Dept A363

PG Oil & Energy Trust
Roberto G. Sada 235 Int B
San Pedro Garza Garcia

Phillips

Phoenix Oil
17 S. Briar Hollow LN, Ste 300
Houston, TX 77027


PJD Transport
5345 N Peck Road unit F
El Monte, CA 91732


PNC
P.O. Box 71335
Philadelphia, PA 19176


Port of Tucson, LLC
6964 E Century Park Dr
Tucson, AZ 85756


Port Terminal Railroad Assoc
PO Box 650998
Dallas, TX 75265-0998


Port Terminal Railroad
Association (PTRA)
8934 Manchester Street
Houston, TX 77012


Precision Terminal Logistics,
LLC
12070 Center Rd
San Antonio, TX 78223


Progressive Fuel Limited
1865 Veterans Park Dr 303
Naples, FL 34109

Rail Logix Alamo Junction LLC
3330 S. Sam Houston Pky. E.
Houston, TX 77047


Rail Operations, LLC
2026 E 1st St
Duluth, MN 55812


Regal Oilm Inc
424 N. Main St.
San Angelo, TX 76903


Rescar Companies
1101 31st Street Suite 250
Downers Grove, IL 60515?5532


Richard Grimes
4140 Aldenham Dr
Plano, TX 75024


Rio Valley Switching Co
101 N 21st St
McAllen, TX 78501


Robert Newell
13206 Arbor Villa Ln
Houston, TX 77044


Robert W. Newell, Jr.
13206 Arbor Villa Lane
Houston, TX 77044

Roberto Ayala
318 E. Nakoma
San Antonio, TX 78216


Rockport Terminals, LLC
10000 Memorial Drive STE 700
Houston, TX 77024


Rocky Mountain
Transportation Services In
2430 Vandervilt Beach Rd Ste 179
Naples, FL 34109


Rocky Mountain
Transportation Services, Inc
2430 Vanderbilt Beach Rd Suite 179
Naples, FL 34109


Ross, Banks, May, Cron &
Cavin, P.C.
7700 San Felipe 550
Houston, TX 77063


RRC, Inc.
3000 Briarcrest Dr. Ste. 600
Bryan, TX 77802


Ruben Del Toro
114 Talavera Pkway Apt 1518
San Antonio, TX 78232


Ryan, LLC
1233 West Loop S Suite 1600 and Suite
1500
Houston, TX 77027

S&P Global Platts
1233 W Loop S # 1000
Houston, TX 77027


Savage Services
55 Water Street
New York, NY 10041


SBA US Small Business
Administration
615 E Houston St Suite 298
San Antonio, TX 78205


Shell Trading (US) Company
909 Fannin St.
Houston, TX 77010


Shell Trading (US) Company
level 12
1000 maine st
Houston, TX 77002


Shell Trading (US) Company
level 12
1000 Main Street 1700
Houston, TX 77002


Sick Response Services Ltd.
2690 Appelt Drive
Houston, TX 77015


Smart Solutions
8610 N. New Braunfels Ste. 300
San Antonio, TX 78217

Southern Warehousing &
Distribution
3232 N Panam Expressway
San Antonio, TX 78219


Southwest Distribution
2002 Avenue A
Lubbock, TX 79404


Spectrum
PO BOX 660774
City of Industry, CA 91716


Springer Nature
One New York Plaza Suite 4600
New York, NY 10004?1562


Starr Rail, LLC
2399 FM 895
Cooper, TX 75432


Stein Property Solutions LLC
14546 Brookhollow 359
San Antonio, TX 78232


Strobel Energy Logistics
8214 S 109th Street
LaVista, NE 68128


Summit Hosting
6734 Jamestown Dr
Alpharetta, GA 30005

Sun Coast Resources
PO Box 735606
Dallas, TX 75373-5606

Suncoast Resources , Inc.
6405 Cavalcade St.
Houston, TX 77026

SUURV Technologies
10300 Heritage St 200
San Antonio, TX 78216

Tartan Oil, LLC
20 Greenway Plz #300
Houston, TX 77046

Tauber Petrochemical Co.
55 Waugh Drive 700
Houston, TX 77077

Tax Advisory Services Group
LLC
1233 West Loop S Suite 1600 and Suite
1500
Houston, TX 77027

Teamlogic I T San Antonio
1233 W Loop S # 1000
Houston, TX 77027

Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
P.O. Box 149359
Austin, TX 78714

Texas International Fuels, LLC
3002 Jackson Rd
McAllen, TX 78504

Texas TransEastern
610 N. NewBraunfels
San Antonio, TX 78217

Texas Workforce Commision
Regulatory Integrity Division-SAU
Attn: Rick Diaz
101 E 15th St Rm 556
Austin, TX 78778-1442

Texian Investments LLC
d/b/a Billy Bobs
14208 IH 37 S
Elmendorf, TX 78112

Thompson Industrial
Services, LLC
PO BOX 5339
Pasadena, TX 77508

TIGER INDUSTRIAL RENTALS
104 N Main Street
Sumter, SC 29150

Titan Marine Fuel LLC
802 N Carancahua St 310
Corpus Christi, TX 78401

T-Mobile
PO BOX 742596
Cincinnati, OH 45274

Tokko, LLC
1961 S Vermont Ave
Los Angeles, CA 90007

Transmontaigne Operating Co
L.P
1670 Boradway 3100
Denver, CO 80202

TransMontaigne Partners LLC
1870 Louisiana St
Beaumont, TX 77701

Traveler's Bond & Specialty
Insurance
P.O. Box 2989
Hartford, CT 06104

Traveler's Insurance
Company
P.O. Box 2989
Hartford, CT 06104

Trinity Chemical
12138 Pecan St
Austin, TX 78727

Trinity Industrial Leasing
1670 Broadway Suite 3100
Denver, CO 80202

Trinity Industries Leasing Co.
14221 Dallas Parkway Ste. 1100
Dallas, TX 75254


TRR Logistics, Inc
222 N Expressway 77 Suite 101
Brownsville, TX 78526


TVT 2.0 LLC
159 West Broadway Ste 200 - PMB170
Salt Lake City, UT 84101


TYR Energy Logistics
(Mexico), LLC
76 Lake Shore Dr
Corpus Christi, TX 78413


TYR USA
1330 Spindletop Rd
Corpus Christi, TX 78409


U.S. Small Business
Administration
10737 Gateway West 300
El Paso, TX 79935


Union Pacific Railroad
1400 Douglas St
Omaha, NE 68179


Union Pacific Railroad Co.
PO Box 502453
Saint Louis, MO 63150-2453

Union Tank Car Company
(UTLX)
175 West Jackson Boulevard Suite 2100
Chicago, IL 60604


United States Attorney
General
Department of Justice
950 Pennsylvania Avenue N.W
Washington, DC 20530

United States Attorney, Civil
Process Clerk
601 N.W. Loop 410 Ste 600
San Antonio, TX 78216


Upright Legacy LLC
2021 Guadalupe St Ste 260
Austin, TX 78705


USA
11177 Compaq Center West Dr
Houston, TX 77078


UTLX
181 W Madison St 2600
Chicago, IL 60602


VAC Carriers inc.
1214 Beltway Parkway
Laredo, TX 78045


Valle Alto Inc.
2409 E Hwy 281
Hidalgo, TX 78557

Vantedge Logistics
Suite 1210, 335 8th Ave. SW


Vantedige Logistics
500 4 Ave SW Suite 2210
CalgaryT2P 2V6


Vidaurri, Rodriguez & Reyna
LLP
202 N 10th Ave
Edinburg, TX 78541


Vision 33
6 Hughes Suite 220
Irvine, CA 92618


Watco Dock and Rail, LLC
315 West 3rd St.
Pittsburg, KS 66762


West Plains Propane Inc.
408 Lincoln Ave
West Plains, MO 65775


Wex Inc.
1 Hancock St.
Portland, ME 04101


Ygriega Enviromental
Services LLC
410 Nth 87th Street
Edinburg, TX 78539