| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IWC Oil & Refinery, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-51378** |

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  AITX 100 Clark St Saint Charles, MO 63301 | | | Disputed | | | $863,696.41 |
| 2  American Barge Line LLC 1701 E. Market Street Jeffersonville, IN 47130-4717 | | | Disputed | | | $408,546.59 |
| 3  BP North America Petroleum 30 South Wacker Drive Suite 900 Chicago, IL 60606 | | | | | | $780,146.81 |
| 4  CIT Bank, N.A. 30South Wacker Drive Suite 2900 Chicago, IL 60606 | | | | | | $340,060.95 |
| 5  GATX Corporation 233 S. Wacker Drive Chicago, IL 60606 | | | | | | $324,237.47 |
| 6  Jefferson Energy Company 811 Louisiana St. 2300 Houston, TX | | | Disputed | | | $1,744,165.83 |
| 7  PG Oil & Energy Trust Roberto G. Sada 235 Int B San Pedro Garza Garcia, | | | | | | $202,684.00 |
| 8  Rail Logix Alamo Junction LLC 3330 S. Sam Houston Pky. E. Houston, TX 77047 | | | Disputed | | | $242,184.25 |

| Debtor | **IWC Oil & Refinery, LLC** | | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Rockport Terminals, LLC<br>10000 Memorial Drive STE 700<br>Houston, TX 77024 | | | Disputed | | | $169,541.83 |
| 10 Rocky Mountain Transportation Services In<br>2430 Vandervilt Beach Rd Ste 179<br>Naples, FL 34109 | | | Disputed | | | $418,384.49 |
| 11 Savage Services<br>901 W. Legacy Center<br>Midvale, UT 84047 | | | Disputed | | | $173,964.72 |
| 12 Shell Trading (US) Company<br>909 Fannin Street 1700<br>Houston, TX 77010 | | | Disputed | $2,242,944.18 | $8,393.47 | $2,242,944.18 |
| 13 Stein Property Solutions LLC<br>14546 Brookhollow 359<br>San Antonio, TX 78232 | | | | | | $430,000.00 |
| 14 Tartan Oil, LLC<br>20 Greenway Plz #300<br>Houston, TX 77046 | | | Disputed | | | $170,000.00 |
| 15 TransMontaigne Partners LLC<br>1670 Broadway 3100<br>Denver, CO 80202 | | Possessory and filed UCC | Disputed | $1,344,303.89 | $575,809.20 | $768,494.69 |
| 16 Traveler's Bond & Specialty Insurance<br>P.O. Box 2989<br>Hartford, CT 06104 | | | Disputed | | | $1,400,000.00 |
| 17 Traveler's Bond & Specialty Insurance<br>P.O. Box 2989<br>Hartford, CT 06104 | | | Contingent Disputed | | | $601,000.00 |
| 18 Trent Stein<br>125 Kansas St<br>San Antonio, TX 78203 | | | | | | $685,487.10 |
| 19 Union Pacific Railroad<br>1400 Douglas St<br>Omaha, NE 68179 | | | | | | $773,469.36 |
| 20 UTLX<br>181 W Madison St 2600<br>Chicago, IL 60602 | | | | | | $380,000.00 |

**Fill in this information to identify the case:**

Debtor Name **IWC Oil & Refinery, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-51378**

☑ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Texas Partners Bank** | **Checking account** | - # # # | $8,393.47 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 **Cash in lieu of bond** | $2,500.00 |
| --- | --- |
| 4.2 **BXBS undeposited check for refund** | $4,387.04 |

5. **Total of Part 1** — $15,380.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **Lomar Properties LLC** | $3,586.08 |
| --- | --- |

Debtor    **IWC Oil & Refinery, LLC**                                    Case number *(if known)* _25-51378_
          Name

| | | |
|---|---|---|
| 7.2 | **TYR Energy Logistics LLC** | $191,800.00 |
| 7.3 | **Jobe Material LLC** | $20,000.00 |
| 7.4 | **Bravo Capital LLC** | $39,500.00 |
| 7.5 | **Bluewing One LLC** | $124,800.00 |
| 7.6 | **Junction Fuels LLC** | $7,166.00 |
| 7.7 | **TYR Energy Logistics LLC** | $4,500.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **First Flare & Repair LLC** | $7,498.66 |
| 8.2 | **30 companies that were prepaid for product or services that have not been rendered** | $4,742,132.47 |
| 8.3 | **Insurance reimbursement for overpayment of premiums or duplicated insurance coverage from various companies** | $100,000.00 |

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                                              $5,240,983.21

| **Part 3:** | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less:    $424,000.00    -    $0.00    =.....➡    $424,000.00
                        face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    $13,219,543.36    -    $3,000,000.00    =.....➡    $10,219,543.36
                        face amount            doubtful or uncollectible accounts

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $10,643,543.36

| **Part 4:** | Investments |
|---|---|

13.   **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* 25-51378 |
|---|---|---|
| | Name | |

---

| 14.2 | | | |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                              % of ownership:

15.1.

15.2.

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 TRO Cash in Lieu of Bond                                          **Face Value**                          $2,500.00

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                          $2,500.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **Cargo Cross Contamination during marine cargo voyage 24,000 barrels methanol, 12,500 barrels light naphtha** | MM / DD / YYYY | $2,166,191.03 | FMV | $437,500.00 |
| **CBOB-84 prepaid barrels FCA San Antonio Refinery** | MM / DD / YYYY | $86,286.59 | FIFO | $69,943.60 |
| **Cetane Additive** | MM / DD / YYYY | $226,000.00 | FMV | $215,197.46 |
| **Red Dye B75 Four 55 gallon drums** | MM / DD / YYYY | $4,920.00 | FMV | $3,936.00 |
| **TXLEAD** | MM / DD / YYYY | $66,864.00 | FIFO | $53,491.20 |
| **8 blend stock railcars held in transloading yards in US** | MM / DD / YYYY | unknown | FMV | unknown |
| **20.** **Work in progress** | MM / DD / YYYY | | | |

**21.** **Finished goods, including goods held for resale**

Debtor    **IWC Oil & Refinery, LLC**

Name

Case number *(if known)* **25-51378**

| | | | |
|---|---|---|---|
| **Convential 87 gasoline in bulk storage at Redfish Bay Terminal, Aransas Pass Texas Tank 204 and Tank 205 20927 USG and 70758 USG** | MM / DD / YYYY | **$221,235.40**  **FIFO** | **$221,253.40** |
| **Diesel Fuel Oil (nom-216-CRE) in bulk storage at Transmonane Port of Bownsville, Tx in 10 tanks 234609 USG** | MM / DD / YYYY | **$959,682.00**  **Replacement Cost** | **$575,809.20** |
| **Diesel Fuel Oil (nom-216-CRE) in bulk storage at Bleuwing Terminal Brownsville, TX Tanks 16 3585 Barrells and Tank 20 3387 Barrells,** | MM / DD / YYYY | **$904,826.00**  **FIFO** | **$950,000.00** |
| **In Transit Inventory** | MM / DD / YYYY | **$1,206,000.00**  **FIFO** | **$1,266,300.00** |
| **Package Goods & Lubricants** | MM / DD / YYYY | **$120,000.00**  **FMV** | **$120,000.00** |
| **Diesel Fuel Oil (nom-216-CRE) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg)** | MM / DD / YYYY | **$220,000.00**  **FIFO** | **$220,000.00** |

22.  **Other inventory or supplies**

| | | | |
|---|---|---|---|
| **Ultra Low Sulfur Diesel** | MM / DD / YYYY | **unknown** | **unknown** |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$4,133,430.86

24.  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **IWC Oil & Refinery, LLC**
          _____        Case number *(if known)* **25-51378** _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                          [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|--------|-------------------------|--------------------------|----------|
| | Name | | |

| | | | |
|---|---|---|---|
| Office furniture | $17,890.16 | Replacement Cost | $31,100.99 |

**40.** Office fixtures

| Leasehold Improvements | $64,000.00 | Replacement Cost | $62,500.00 |
|---|---|---|---|

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| 12 Dell Desktop Computers and Monitors. 4 HP Printers, Voip Phone System with 5 handsets and network router. QuickBooks Software | $24,300.00 | FMV | $14,580.00 |
|---|---|---|---|
| 4 Apple Computers | $6,100.00 | FMV | $4,680.00 |

**42.** Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 Gas pump and sign | $2,500.00 | FMV | $4,500.00 |
|---|---|---|---|
| 42.2 Luxury Timepieces | unknown | | unknown |
| 42.3 Branded Office Art | $3,250.00 | Replacement Cost | $3,250.00 |

**43.** Total of Part 7

Add lines 39 through 42. Copy the total to line 86.

| | $120,610.99 |
|---|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☐ No
☑ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No
☑ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 **2021 Hyundai Santa Fe / VIN: 5NMS24AJ8MH307391** | unknown | | $21,000.00 |
| **48.** Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Debtor  **IWC Oil & Refinery, LLC**                                    Case number *(if known)* 25-51378
_____
Name

| | | | |
|---|---|---|---|
| 48.2 | | | |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| FT53 Frac Tank | unknown | | $15,800.00 |
| Frac Tank | unknown | | $12,800.00 |
| Transload Pump and Trailer | unknown | | $20,000.00 |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$69,600.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office Space /** 8610 N, New Braunfels 301 San Antonio, TX 78217 | Lease | unknown | | unknown |
| 55.2 **Warehouse /** 130 Guadalupe St. San Antonio, TX 78204 | Lease | unknown | | unknown |
| 55.3 **Truck Slip /** 4603 Speedway Park Von Ormy, TX 78073 | Lease | unknown | | unknown |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* 25-51378 |
|---|---|---|
| | Name | |

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| Intellectual property and Trade Secrets | unknown | | $29,185,300.00 |
| **61.** **Internet domain names and websites** | | | |
| IT- website and domain | unknown | | $7,853.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| Licenses and Royalties | unknown | | $12,930,000.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| General Intangibles | unknown | | $40,013.00 |
| **65.** **Goodwill** | | | |
| Goodwill | unknown | | $18,000,000.00 |
| **66.** **Total of Part 10** <br> Add lines 60 through 65. Copy the total to line 89. | | | $60,163,166.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

| Giovanni Prosperi for Jag Process Fuels | $148,000.00 | – | $0.00 | = ➔ | $148,000.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |
| Jose Guadalupe De Leon | $1,861,506.57 | – | $0.00 | = ➔ | $1,861,506.57 |
| | Total face amount | | doubtful or uncollectible amount | | |
| Antonio Morquecho | $1,683,252.38 | – | $0.00 | = ➔ | $1,683,252.38 |
| | Total face amount | | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Excise Tax and other Federal Fuel related taxes | Tax year | 2024 | $14,000.00 |
|---|---|---|---|
| State motor fuel tax | Tax year | 2024 | $3,000.00 |

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Various contingent and unliquidated claims and causes of action | $40,000,000.00 |
|---|---|

Nature of claim: Various contingent and unliquidated claims and causes of action against third parties, including breach of contract, negligence, conversion, indemnity, and insurance bad faith. Potential defendants include former suppliers, logistics providers, contractors, and insurers.

Amount requested: $40,000,000.00

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims. | $12,000,000.00 |
|---|---|

Nature of claim: Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims.

Amount requested: $12,000,000.00

| Payments made to Connie Hentosh for Daniel Purchase | $54,864.17 |
|---|---|

Nature of claim: Payments made for Daniel Purchase

Amount requested: $54,864.17

| Unauthorized withdrawals from PNC Bank in February 2024 | $54,265.00 |
|---|---|

Nature of claim: Unauthorized Withdrawals

Amount requested: $54,265.00

---

Debtor    **IWC Oil & Refinery, LLC**_____    Case number *(if known)* **25-51378**_____
        Name

---

| | |
|---|---:|
| **Unauthorized withdrawals from PNC Bank in March 2024** | **$17,672.67** |

**Nature of claim**    **Unauthorized Withdrawals**

**Amount requested**    **$17,672.97**

| | |
|---|---:|
| **Unauthorized withdrawals from PNC Bank in February 2024 that may have paid IWC Carriers debts** | **$23,236.59** |

**Nature of claim**    **Unauthorized Withdrawals**

**Amount requested**    **$23,236.59**

| | |
|---|---:|
| **Claim against Ezequiel Silva** | **unknown** |

**Nature of claim**    **Missuse of money orders and prepaid card**

**Amount requested**    **unknown**

| | |
|---|---:|
| **Claim against Transwestern and Hartman for triple net charges that were not authorized** | **$45,000.00** |

**Nature of claim**

**Amount requested**    **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---:|
| **Retainers at Law Firms** | **$54,768.00** |

**Nature of claim**    **Retainers at Law Firms. Balance on some is unknown**

**Amount requested**    **$54,768.00**

| | |
|---|---:|
| **Claims on various insurance policies** | **$9,235,613.81** |

**Nature of claim**    **Insurance claims**

**Amount requested**    **$9,235,613.81**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Claim for wire fraud from BBVA Account** | **$136,000.00** |

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.    **$65,331,179.19**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | **IWC Oil & Refinery, LLC** | Case number *(if known)* 25-51378 |
|--------|------------------------------|-----------------------------------|
| | Name | |

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,380.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,240,983.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,643,543.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,500.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,133,430.86 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $120,610.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $69,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................... ➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $60,163,166.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $65,331,179.19 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $145,720,394.12 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $145,720,394.12 |

Fill in this information to identify the case:

Debtor name    **IWC Oil & Refinery, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (if known): **25-51378**

☑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$7,836,221.03**

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.1** **Creditor's name**

**Bexar County Tax Assessor Collector**

**Describe debtor's property that is subject to a lien**

Office furniture, 12 Dell Desktop Computers and Monitors, 4 HP Printers, Voip Phone System with 5 handsets and network router, QuickBooks Software, Gas pump and sign

Column A: **$7,530.95**

Column B: **$50,180.99**

**Creditor's mailing address**

**PO Box 2903**

**San Antonio, TX 78299-2903**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 01/01/2024

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Office furniture: **1) Bexar County Tax Assessor Collector**; 2) U.S. Small Business Administration; 3) TVT 2.0 LLC; For 12 Dell Desktop Computers and Monitors, 4 HP Printers, Voip Phone System with 5 handsets and network router, QuickBooks Software: **1) Bexar County Tax Assessor Collector**; 2) U.S. Small Business Administration; 3) TVT 2.0 LLC; For Gas pump and sign: **1) Bexar County Tax Assessor Collector**; 2) U.S. Small Business Administration; 3) TVT 2.0 LLC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | IWC Oil & Refinery, LLC | | Case number (if known) | 25-51378 |
| | Name | | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the value | **that supports this** |
| | | | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | unknown | unknown |

**2.2** Creditor's name

**BMH Speedway, LLC (Eloy Garcia)**

**Describe debtor's property that is subject to a lien**
Truck Slip

**Creditor's mailing address**

**24706 Cloudy Creek**

**San Antonio, TX 78255**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) BMH Speedway, LLC (Eloy Garcia)**; 2) U.S. Small Business Administration; 3) TVT 2.0 LLC

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **IWC Oil & Refinery, LLC** | Case number (if known) **25-51378** |
|--------|------------------------------|--------------------------------------|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3 Creditor's name**

**Lomar Properties LLC**

**Creditor's mailing address**

**3522 Paesanos Pkwy**

**San Antonio, TX 78231**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lomar Properties LLC

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**   **$3,586.08**

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** **Creditor's name**

**Shell Trading (US) Company**

**Creditor's mailing address**

**909 Fannin Street 1700**

**Houston, TX 77010**

**Creditor's email address, if known**

_____

Date debt was incurred    **06/12/2025**

Last 4 digits of account
number                     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Shell Trading (US) Company**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Texas Partners Bank

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $2,242,944.18 | $8,393.47 |
|---|---|---|

Debtor   **IWC Oil & Refinery, LLC**
Name

Case number (if known) **25-51378**

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** **Creditor's name**

**Tasten LLC**

**Creditor's mailing address**

**130 Guadalupe**

**San Antonio, TX 78204**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Warehouse, Diesel Fuel Oil (nom-216-CRE) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg), Package Goods & Lubricants, Red Dye B75 Four 55 gallon drums, Cetane Additive , TXLEAD

**Describe the lien**

**Possessory Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$202,982.54     $612,624.66

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) 25-51378 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**TransMontaigne Partners LLC**

**Creditor's mailing address**

**1670 Broadway 3100**

**Denver, CO 80202**

**Creditor's email address, if known**

_____

Date debt was incurred     **09/06/2023**

Last 4 digits of account     **0  5  6  4**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) TransMontaigne Partners LLC**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Diesel Fuel Oil (nom-216-CRE) in bulk storage at Transmonane Port of Bownsville, Tx in 10 tanks 234609 USG

**Describe the lien**

  **Possessory and filed UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$1,344,303.89**     **$575,809.20**

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|--------|-------------------------|------------------------|----------|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7**

**Creditor's name**

TVT 2.0 LLC

**Creditor's mailing address**

159 West Broadway Ste 200 - PMB170

Salt Lake City, UT 84101

**Creditor's email address, if known**

_____

**Date debt was incurred**   05/26/2022

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Office furniture, Cash, Accounts receivable over 90 days, IT- website and domain, Intellectual property and Trade Secrets, Customer lists, Goodwill, General Intangibles, Bank of America, Bank of America, Claims on various insurance policies, Damaged by 3rd parties, FT53 Frac Tank, Frac Tank, IBC, CBOB-84 prepaid barrels FCA San Antonio Refinery, Cargo Cross Contamination during marine cargo voyage 24,000 barrels methanol, 12,500 barrels light naphtha, Office Space , Diesel Fuel Oil (nom-216-CRF) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg), PNC, PNC, PNC, Texas Partners Bank, Transload Pump and Trailer, TRO Cash in Lieu of Bond, TRO Bond, Truck Slip, Ultra Low Sulfur Diesel, Warehouse, 30 companies that were prepaid for product or services that have not been rendered, 12 Dell Desktop Computers and Monitors, 4 HP Printers, Voip Phone System with 5 handsets and network router, QuickBooks Software, Gas pump and sign, Cetane Additive , Red Dye B75 Four 55 gallon drums, TXLEAD, Conventiol 87 gasoline in bulk storage at Redfish Bay Terminal, Aransas Pass Texas Tank 204 and Tank 205 20927 USG and 70758 USG, Diesel Fuel Oil (nom-216-CRF) in bulk storage at Transmonane Port of Bownsville, Tx in 10 tanks 234609 USG, Diesel Fuel Oil (nom-216-CRF) in bulk storage at Bleuwing Terminal Brownsville, TX Tanks 16 3585 Barrells and Tank 20 3387 Barrells, In Transit Inventory, Package Goods & Lubricants, 4 Apple Computers, Licenses and Royalties, Luxury Timepieces

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $3,908,459.47 | $89,032,340.96 |
|---------------|----------------|

Debtor  **IWC Oil & Refinery, LLC**

Name

Case number (if known) **25-51378**

| **Part 1:** | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8** Creditor's name

**U.S. Small Business Administration**

Creditor's mailing address

**10737 Gateway West 300**

**El Paso, TX 79935**

Creditor's email address, if known

_____

Date debt was incurred **05/31/2020**

Last 4 digits of account number  **7  8  0  4**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines
   **2.1, 2.2, 2.4, 2.5, 2.6, 2.7**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Office furniture, Cash, Accounts receivable over 90 days, IT- website and domain, Intellectual property and Trade Secrets, Customer lists, Goodwill, General Intangibles, Claims on various insurance policies, FT53 Frac Tank, Frac Tank, CBOB-84 prepaid barrels FCA San Antonio Refinery, Cargo Cross Contamination during marine cargo voyage 24,000 barrels methanol, 12,500 barrels light naptha, Office Space , Diesel Fuel Oil (nom-216-CRE) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg), Texas Partners Bank, Transload Pump and Trailer, Truck Slip, Ultra Low Sulfur Diesel, Warehouse, 30 companies that were prepaid for product or services that have not been rendered, 12 Dell Desktop Computers and Monitors, 4 HP Printers, Voip Phone System with 5 handsets and network router, QuickBooks Software, Gas pump and sign, Cetane Additive , Red Dye B75 Four 55 gallon drums, TXLEAD, Convential 87 gasoline in bulk storage at Redfish Bay Terminal, Aransas Pass Texas Tank 204 and Tank 205 20927 USG and 70758 USG, Diesel Fuel Oil (nom-216-CRE) in bulk storage at Transmonane Port of Brownsville, Tx in 10 tanks 234609 USG, Diesel Fuel Oil (nom-216-CRE) in bulk storage at Bleuwing Terminal Brownsville, TX Tanks 16.3585 Barrells and Tank 20 3387 Barrells , In Transit Inventory, Package Goods & Lubricants, 4 Apple Computers, Licenses and Royalties, Luxury Timepieces

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| **$130,000.00** | **$89,032,340.96** |

| Debtor | **IWC Oil & Refinery, LLC** | | Case number (if known) | **25-51378** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 1: | Additional Page |
|---|---|

| **2.5** | Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | **Tasten LLC** | For Warehouse: **1) Tasten LLC;** 2) U.S. Small Business Administration; 3) TVT 2.0 LLC; For Diesel Fuel Oil (nom-216-CRE) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg): 1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Tasten LLC;** For Package Goods & Lubricants: 1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Tasten LLC;** For Red Dye B75 Four 55 gallon drums: 1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Tasten LLC;** For Cetane Additive : 1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Tasten LLC;** For TXLEAD: 1) U.S. Small Business Administration; 2) TVT 2.0 LLC; **3) Tasten LLC** |

| **2.7** | Creditor's name | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | **TVT 2.0 LLC** | For Accounts receivable under 90 days: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Office furniture: 1) Bexar County Tax Assessor Collector; 2) U.S. Small Business Administration; **3) TVT 2.0 LLC;** For Cash: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Accounts receivable over 90 days: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For IT- website and domain: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Intellectual property and Trade Secrets: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Customer lists: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Goodwill: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For General Intangibles: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Claims on various insurance policies: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For FT53 Frac Tank: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Frac Tank: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For CBOB-84 prepaid barrels FCA San Antonio Refinery: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Cargo Cross Contamination during marine cargo voyage 24,000 barrels methanol, 12,500 barrels light naphtha: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Office Space : 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Diesel Fuel Oil (nom-216-CRE) in bulk storage at Redfish Bay Terminal Aransas Pass Texas Tank 201(32421.29 usg) and Tank 206(42367 usg): 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Tasten LLC; For Texas Partners Bank: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Shell Trading (US) Company; For Transload Pump and Trailer: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For TRO Cash in Lieu of Bond: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Truck Slip: 1) BMH Speedway, LLC (Eloy Garcia); 2) U.S. Small Business Administration; **3) TVT 2.0 LLC;** For Ultra Low Sulfur Diesel: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Warehouse: 1) Tasten LLC; 2) U.S. Small Business Administration; **3) TVT 2.0 LLC;** For 30 companies that were prepaid for product or services that have not been rendered: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For 12 Dell Desktop Computers and Monitors, 4 HP Printers, Voip Phone System with 5 handsets and network router, QuickBooks Software: 1) Bexar County Tax Assessor Collector; 2) U.S. Small Business Administration; **3) TVT 2.0 LLC;** For Gas pump and sign: 1) Bexar County Tax Assessor Collector; 2) U.S. Small Business Administration; **3) TVT 2.0 LLC;** For Cetane Additive : 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Tasten LLC; For Red Dye B75 Four 55 gallon drums: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Tasten LLC; For TXLEAD: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Tasten LLC; For Convential 87 gasoline in bulk storage at Redfish Bay Terminal, Aransas Pass Texas Tank 204 and Tank 205 20927 USG and 70758 USG: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Diesel Fuel Oil (nom-216-CRE) in bulk storage at Transmonane Port of Brownsville, Tx in 10 tanks 234609 USG: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) TransMontaigne Partners LLC; For Diesel Fuel Oil (nom-216-CRE) in bulk storage at Bleuwing Terminal Brownsville, TX Tanks 16 3585 Barrells and Tank 20 3387 Barrells. : 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For In Transit Inventory: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Package Goods & Lubricants: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** 3) Tasten LLC; For 4 Apple Computers: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Licenses and Royalties: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC;** For Luxury Timepieces: 1) U.S. Small Business Administration; **2) TVT 2.0 LLC** |

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|--------|------------------------|------------------------|----------|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **Bexar County**<br>**c/o Karalyssa Casillas**<br>**112 E Pecan St Ste 2200**<br>**San Antonio, TX 78205-1588** | Line 2. __1__ | __ __ __ __ |
| **Lam, Lyn & Philip PC**<br>**6363 Woodway Dr Ste 975**<br>**Houston, TX 77057-1713** | Line 2. __4__ | __ __ __ __ |
| **Foley & Lardner LLP**<br>**Attn: Jill M. Hale**<br>**1000 Louisiana 200**<br>**Houston, TX 77002-2099** | Line 2. __6__ | __ __ __ __ |
| **United States Attorney, Civil Process Clerk**<br>**601 N.W. Loop 410 Ste 600**<br>**San Antonio, TX 78216** | Line 2. __8__ | __ __ __ __ |
| **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Avenue N.W**<br>**Washington, DC 20530** | Line 2. __8__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor    **IWC Oil & Refinery, LLC**                                    Case number (if known) __25-51378__
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>IWC Oil & Refinery, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td></td><td>Western District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>25-51378</td></tr>
</table>

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Claudia Maria Aparicio

2106 Wood Rush

San Antonio, TX 78232

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$132,006.33**  Priority amount: **$17,150.00**

**2.2** **Priority creditor's name and mailing address**

Diana Segovia

6911 Country Rose

San Antonio, TX 78240

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,800.00**  Priority amount: **$1,800.00**

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

**2.3** **Priority creditor's name and mailing address**

Griselda Del Toro

114 Talavera Pkway Apt 1518

San Antonio, TX 78232

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,752.15          $2,230.76

---

**2.4** **Priority creditor's name and mailing address**

Internal Revenue Service

Centralized Insolvency Office

P.O. Box 7346

Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☐ No
☑ Yes

$7,459.00          $7,459.00

---

**2.5** **Priority creditor's name and mailing address**

Ruben Del Toro

114 Talavera Pkway Apt 1518

San Antonio, TX 78232

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$350.00          $350.00

---

| Debtor | **IWC Oil & Refinery, LLC** | Case number *(if known)* | **25-51378** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.6** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 149359**

**Austin, TX 78714**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

As of the petition filing date, the claim is: **unknown**     **unknown**

---

**2.7** Priority creditor's name and mailing address

**Texas Workforce Commision**

**Reg. Integ. Div.-SAU**
**Attn: Rick Diaz**

**101 E 15th St Rm 556**

**Austin, TX 78778-1442**

Date or dates debt was incurred

**05/01/2025**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

As of the petition filing date, the claim is: **$4,721.60**     **$4,721.60**

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2">List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

225 Rail (Gravity Rail terminal)

1001 N. South Street

Pasadena, TX 77503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.2** Nonpriority creditor's name and mailing address

Acqua Chill of San Antonio 37

9207 Marbach Rd

San Antonio, TX 78245

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** Nonpriority creditor's name and mailing address

Adam Cortez

1707 Antler Crossing

San Antonio, TX 78248

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,450.00

**3.4** Nonpriority creditor's name and mailing address

ADKF, P.C.

8610 North New Braunfels Suite 101

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,483.75

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

Aetna

151 Farmington Avenue

Hartford, CT 06156

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,572.92**

---

**3.6** Nonpriority creditor's name and mailing address

AITX

100 Clark St

Saint Charles, MO 63301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**$863,696.41**

---

**3.7** Nonpriority creditor's name and mailing address

All in One Apartment Locator LLC

14546 Brookhollow 359

San Antonio, TX 78232

Date or dates debt was incurred   07/26/2019

Last 4 digits of account number   0  3  7  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Loan through Wells Fargo Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$70,000.00**

---

**3.8** Nonpriority creditor's name and mailing address

AM Diesel Shop

295 N. Medford Ave

Brownsville, TX 78521

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**$35,000.00**

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

Amazon Inc

410 Terry Ave N

Seattle, WA 98109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,532.67

---

**3.10** Nonpriority creditor's name and mailing address

American Barge Line LLC

1701 E. Market Street

Jeffersonville, IN 47130-4717

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$408,546.59

---

**3.11** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265

Date or dates debt was incurred    07/13/23

Last 4 digits of account number   6  1  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$107,115.13

---

**3.12** Nonpriority creditor's name and mailing address

American Industrial Transport (AITX)

100 Clark Street

Saint Charles, MO 63301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.13** Nonpriority creditor's name and mailing address

**AmSpec**

1249 S. River Rd

Cranbury, NJ 08512

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          **$2,800.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

**Annette Hilliard**

104 Huerta St

Kendalia, TX 78027

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

**Arguindegui Oil Company II Ltd**

6551 Star Court B

Laredo, TX 78041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          **$48,793.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

**At&T**

PO Box 6416

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          **$9,284.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Bank of American**

**PO Box 15047**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,700.00

---

**3.18** Nonpriority creditor's name and mailing address

**Beau Veritas North American Inc**

**1300 Hercules AVe 105**

**Brownsville, TX 77058**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**3.19** Nonpriority creditor's name and mailing address

**Begum-Pelaez-Prada LLC**

**5511 I-10 Suite 3**

**San Atnonio, TX 78201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,724.00

---

**3.20** Nonpriority creditor's name and mailing address

**Bluewing Midstream**

**3737 Buffalo Speedway 1700**

**Houston, TX 77098**

Date or dates debt was incurred **11/18/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$124,000.00

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

**3.21** Nonpriority creditor's name and mailing address

**BMH Speedway, LLC (Eloy Garcia)**

**24706 Cloudy Creek**

**San Antonio, TX 78255**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**3.22** Nonpriority creditor's name and mailing address

**Bourque Logistics LLC**

**30 South Wacker Drive Suite 900**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $22,896.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

**BP North America Petroleum**

**30 South Wacker Drive Suite 900**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $780,146.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

**Brenntag Southwest, Inc.**

**P.O Box 843376**

**Dallas, TX 75284-3376**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $14,962.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

**Camin Cargo Control, Inc.**

**1001 Shaw Avenue**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   **$1,950.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Canadian Pacific Kansas City Limited**

**427 W. 12th St.**

**Kansas City, MO 64105**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   **$54,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Canadian Pacific Kansas City Limited (CPKC)**

**427 W 12th St**

**Kansas City, MO 64105**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Carlos Dayan**

**125 Kansas**

**San Antonio, TX 78203**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.29

**Nonpriority creditor's name and mailing address**

Chamberlain, Hrdlicka Attornyes at Law

1200 Smith Street Suite 1400

Houston, TX 77002

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $131,625.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

### 3.30

**Nonpriority creditor's name and mailing address**

CHEM CARRIERS LLC

1237 Highway 75

Sunshine, LA 70780

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $89,610.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

### 3.31

**Nonpriority creditor's name and mailing address**

CIT Bank, N.A.

30South Wacker Drive Suite 2900

Chicago, IL 60606

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $340,060.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

### 3.32

**Nonpriority creditor's name and mailing address**

Comptroller of Public Accounts

P.O. BOX 149348

Austin, TX 78714-9348

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**  $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | **IWC Oil & Refinery, LLC** | | Case number *(if known)* | **25-51378** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00
| **CruMac Logistic Services LLC** | *Check all that apply.*
| | ☐ Contingent
| **4201 Merida Dr** | ☐ Unliquidated
| **Laredo, TX 78046** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **CSC Corporation** | *Check all that apply.*
| | ☐ Contingent
| **251 Little Falls Drive** | ☐ Unliquidated
| **Wilmington, DE 19808** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **CT Corporation Systems** | *Check all that apply.*
| | ☐ Contingent
| **330 N. Brand Blvd 700** | ☐ Unliquidated
| **Glendale, CA 91203** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **CTWP/DLL- Konica Minolta** | *Check all that apply.*
| | ☐ Contingent
| **3730 Franklin Ave** | ☐ Unliquidated
| **Waco, TX 76710** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?**
| Last 4 digits of account number  __ __ __ __ | ☑ No
| | ☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

**Part 2:**  Additional Page

---

**3.37** | Nonpriority creditor's name and mailing address

**Daniels & Tradennick, PLLC**

**6363 Woodway Dr. Suite 700**

**Houston, TX 77057**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $21,241.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**DE LAGE LANDEN FINANCIAL SERVICES, INC**

**P.O. BOX 41602**

**Philadelphia, PA 19101-1602**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $763.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**Edwin Lubbers**

**592 Elmdale Court**

**Holland, MI 49423**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $5,382.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Firebird Bulk Carriers Inc**

**9100 Old Hwy 48**

**Brownsville, TX 78521**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.41** | Nonpriority creditor's name and mailing address

**Fuel Logic LLC**

350 Hawkins Run Rd. Ste 1

Midlothian, TX 76065

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$33,538.55**

---

**3.42** | Nonpriority creditor's name and mailing address

**GATX Corporation**

233 S. Wacker Drive

Chicago, IL 60606

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$324,237.47**

---

**3.43** | Nonpriority creditor's name and mailing address

**GHMR Operations LLC**

1320 S University Dr Ste 801

Fort Worth, TX 76107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$17,714.72**

---

**3.44** | Nonpriority creditor's name and mailing address

**Gravity Rail, LLC**

11821 E Fwy Ste 430

Houston, TX 77029

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$18,035.00**

---

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.45
**Nonpriority creditor's name and mailing address**

Great AmericaN Financial Services

625 First St. SE

Cedar Rapids, IA 52401

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,959.73

---

### 3.46
**Nonpriority creditor's name and mailing address**

Gregory Neely

10810 Brittmoore Oaks Pl

Houston, TX 77043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,633.75

---

### 3.47
**Nonpriority creditor's name and mailing address**

Hesca Environmental Services LLC

18756 Stone Oak Parkway

San Antonio, TX

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$681.47

---

### 3.48
**Nonpriority creditor's name and mailing address**

IWC Carriers, LLC

8610 N New Braunfels Ave Ste 301

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

$17,250.00

---

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**IWC Oil & Refinery SA de CV**

**59 Poniente #125 Dept.1 Col. El Cerrito**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**James Coop**

**15 mayfield drive mobberley knutsford wa167px**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$35,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Jefferson Energy Company**

**811 Louisiana St. 2300**

**Houston, TX**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,744,165.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Jumandi Group, S.A.P.I. de C.V**

**Estación Chicalote**

**Carr. Estatal 85 Km. 4.7**

**San Francisco de los Romo, Ags., México 20356,**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Junction Fuels LLC ( antes Starr Rail Corpus)**

**7515 Lemmon Avenue**

**Dallas, TX 75209**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.54** Nonpriority creditor's name and mailing address

**JVS Holdings, LLC d/b/a EMS Management**

**PO Box 157**

**Denison, TX 75021**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$10,670.96**

---

**3.55** Nonpriority creditor's name and mailing address

**Lomar Properties LLC**

**3522 Paesanos Pkwy**

**San Antonio, TX 78231**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$54,191.51**

---

**3.56** Nonpriority creditor's name and mailing address

**Mansfield Oil Company**

**1025 Airport Pkwy**

**Gainesville, GA 30501**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$86,000.00**

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Marco Antonio Aparicio Jr.**

**6 Davenport Ln.**

**San Antonio, TX 78257**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,100.00

---

**3.58** Nonpriority creditor's name and mailing address

**Moffit Services**

**17302 House Hahl Rd. Ste 211**

**Cypress, TX 77433**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,600.36

---

**3.59** Nonpriority creditor's name and mailing address

**NEC Financial Leasing**

**250 Pehle Ave**

**Saddle Brook, NJ 07663**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.60** Nonpriority creditor's name and mailing address

**New York Life**

**New York Life**

**Chicago, IL 60675**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,467.46

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|--------|------------------------|------------------------|----------|
| | Name | | |

<div style="background:black;color:white;display:inline-block;">**Part 2:**</div> Additional Page

---

**3.61** | Nonpriority creditor's name and mailing address

**North Atlantic Supply Co.**

510 Clinton Sq

Rochester, NY 14604

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$585.94**

---

**3.62** | Nonpriority creditor's name and mailing address

**Odessa Pumps**

7302 Leopard St

Corpus Christi, TX 78409

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$8,475.91**

---

**3.63** | Nonpriority creditor's name and mailing address

**OPIS**

750 Town & Country Blvd Suite 850

Houston, TX 77024

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,000.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**O'Rourke**

8799 North Loop E. Fwy, 3rd Floor

Houston, TX 77029

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$94,457.24**

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|--------|-------------------------|--------------------------|----------|
|        | Name                    |                          |          |

## Part 2: Additional Page

**3.65** Nonpriority creditor's name and mailing address

**P&E Oil Compay**

PO Box 1506

Brownwood, TX 76804

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,054.46**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

**Pel-State Oil Company, Inc.**

909 W. 70th St.

Shreveport, LA 71106

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,640.19**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.67** Nonpriority creditor's name and mailing address

**PG Oil & Energy Trust**

Roberto G. Sada 235 Int B

San Pedro Garza Garcia,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$202,684.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

**Phoenix Oil**

17 S. Briar Hollow LN, Ste 300

Houston, TX 77027

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$14,260.21**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,084.82 |
|---|---|---|---|
| | **Port of Tucson, LLC** | ☐ Contingent | |
| | **6964 E Century Park Dr** | ☐ Unliquidated | |
| | **Tucson, AZ 85756** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,590.00 |
|---|---|---|---|
| | **Port Terminal Road Assoc** | ☐ Contingent | |
| | **2727 Allen Parkway 1700** | ☐ Unliquidated | |
| | **Houston, TX 77019** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,382.88 |
|---|---|---|---|
| | **Precision Terminal Logistics, LLC** | ☐ Contingent | |
| | **12070 Center Rd** | ☐ Unliquidated | |
| | **San Antonio, TX 78223** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242,184.25 |
|---|---|---|---|
| | **Rail Logix Alamo Junction LLC** | ☐ Contingent | |
| | **3330 S. Sam Houston Pky. E.** | ☐ Unliquidated | |
| | **Houston, TX 77047** | ☑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.93 |
|---|---|---|
| **Regal Oilm Inc** | *Check all that apply.* | |
| **424 N. Main St.** | ☐ Contingent | |
| **San Angelo, TX 76903** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,787.92 |
|---|---|---|
| **Rescar Companies** | *Check all that apply.* | |
| **1101 31st Street Suite 250** | ☐ Contingent | |
| **Downers Grove, IL 60515?5532** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |
|---|---|---|
| **Richard Grimes** | *Check all that apply.* | |
| **4140 Aldenham Dr** | ☐ Contingent | |
| **Plano, TX 75024** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☐ No | |
| | ☑ Yes | |

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,000.00 |
|---|---|---|
| **Robert Newell** | *Check all that apply.* | |
| **13206 Arbor Villa Ln** | ☐ Contingent | |
| **Houston, TX 77044** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.77** Nonpriority creditor's name and mailing address

**Rockport Terminals, LLC**

**10000 Memorial Drive STE 700**

**Houston, TX 77024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$169,541.83**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.78** Nonpriority creditor's name and mailing address

**Rocky Mountain Transportation Services In**

**2430 Vandervilt Beach Rd Ste 179**

**Naples, FL 34109**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$418,384.49**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

**RRC, Inc.**

**3000 Briarcrest Dr. Ste. 600**

**Bryan, TX 77802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$60,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

**Ryan, LLC**

**1233 West Loop S Suite 1600 and Suite 1500**

**Houston, TX 77027**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,752.72**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.81** Nonpriority creditor's name and mailing address

**S&P Global Platts**

**1233 W Loop S # 1000**

**Houston, TX 77027**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$37,310.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address

**Savage Services**

**901 W. Legacy Center**

**Midvale, UT 84047**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$173,964.72**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

**SBA US Small Business Administration**

**615 E Houston St Suite 298**

**San Antonio, TX 78205**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

**Sick Response Services Ltd.**

**2690 Appelt Drive**

**Houston, TX 77015**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,654.54**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Smart Solutions**

**8610 N. New Braunfels Ste. 300**

**San Antonio, TX 78217**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Southern Warehousing & Distribution**

**3232 N Panam Expressway**

**San Antonio, TX 78219**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

**$478.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Stein Property Solutions LLC**

**14546 Brookhollow 359**

**San Antonio, TX 78232**

Date or dates debt was incurred **09/13/2018**

Last 4 digits of account number **2  0  1  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$430,000.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Suncoast Resources , Inc.**

**6405 Cavalcade St.**

**Houston, TX 77026**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Fuel Delivery**

Is the claim subject to offset?
☑ No
☐ Yes

**$117,799.41**

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.89** Nonpriority creditor's name and mailing address

Tartan Oil, LLC

20 Greenway Plz #300

Houston, TX 77046

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$170,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Texian Investments LLC d/b/a Billy Bobs

14208 IH 37 S

Elmendorf, TX 78112

Date or dates debt was incurred  **12/22/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$7,990.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Thompson Industrial Services, LLC

PO BOX 5339

Pasadena, TX 77508

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$25,093.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address

TIGER INDUSTRIAL RENTALS

PO Box Box 733253

Dallas, TX 75378

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$18,164.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|--------|-------------------------|--------------------------|----------|
| | Name | | |

**Part 2:** Additional Page

---

**3.93** | Nonpriority creditor's name and mailing address

T-Mobile

PO BOX 742596

Cincinnati, OH 45274

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,721.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address

Transmontaigne Operating Co L.P

1670 Broadwy 3100

Denver, CO 80202

Date or dates debt was incurred   11/06/2023

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $667.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Fuel Storage**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address

Traveler's Bond & Specialty Insurance

P.O. Box 2989

Hartford, CT 06104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $1,400,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address

Traveler's Bond & Specialty Insurance

P.O. Box 2989

Hartford, CT 06104

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $601,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.97

**Nonpriority creditor's name and mailing address**

Trent Stein

125 Kansas St

San Antonio, TX 78203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$685,487.10

### 3.98

**Nonpriority creditor's name and mailing address**

Trinity Industrial Leasing

1670 Broadway Suite 3100

Denver, CO 80202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$118,482.04

### 3.99

**Nonpriority creditor's name and mailing address**

U.S. Small Business Administration

10737 Gateway West 300

El Paso, TX 79935

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.100

**Nonpriority creditor's name and mailing address**

Union Pacific Railroad

1400 Douglas St

Omaha, NE 68179

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$773,469.36

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.101**

**Nonpriority creditor's name and mailing address**

Upright Legacy LLC

2021 Guadalupe St Ste 260

Austin, TX 78705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $9,823.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**

UTLX

181 W Madison St 2600

Chicago, IL 60602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $380,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

VAC Carriers inc.

1214 Beltway Parkway

Laredo, TX 78045

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $15,640.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**

Valle Alto Inc.

2409 E Hwy 281

Hidalgo, TX 78557

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.105** **Nonpriority creditor's name and mailing address**

Vantedge Logistics

Suite 1210, 335 8th Ave. SW

**As of the petition filing date, the claim is:** $5,230.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.106** **Nonpriority creditor's name and mailing address**

Vidaurri, Rodriguez & Reyna LLP

202 N 10th Ave

Edinburg, TX 78541

**As of the petition filing date, the claim is:** $116,409.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.107** **Nonpriority creditor's name and mailing address**

Vision 33

6 Hughes Suite 220

Irvine, CA 92618

**As of the petition filing date, the claim is:** $43,427.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __

---

**3.108** **Nonpriority creditor's name and mailing address**

Watco Dock and Rail, LLC

315 West 3rd St.

Pittsburg, KS 66762

**As of the petition filing date, the claim is:** $59,509.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **IWC Oil & Refinery, LLC** | Case number *(if known)* | **25-51378** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.109** **Nonpriority creditor's name and mailing address**

**Wex Inc.**

**1 Hancock St.**

**Portland, ME 04101**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**

**Ygriega Enviromental Services LLC**

**410 Nth 87th Street**

**Edinburg, TX 78539**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,155.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | IWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Crady Jewett McCulley & Houren LLP** <br> **Carlton D. Wilde Jr.** <br> **2727 Allen Parkway 1700** <br> **Houston, TX 77019** | Line **3.70** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 **Foley & Lardner LLP** <br> **Attn: Jill M. Hale** <br> **1000 Louisiana 200** <br> **Houston, TX 77002-2099** | Line **3.94** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3 **Ross, Banks, May, Cron & Cavin, P.C.** <br> **7700 San Felipe 550** <br> **Houston, TX 77063** | Line **3.88** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4 **Texas Attorney General** <br> **Bankruptcy & Collections Division** <br> **P. O. Box 12548** <br> **Austin, TX 78711-2548** | Line **2.7** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.5 **Texas Attorney General** <br> **Bankruptcy & Collections Division** <br> **P. O. Box 12548** <br> **Austin, TX 78711-2548** | Line **2.6** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.6 **United States Attorney General** <br> **Department of Justice** <br> **950 Pennsylvania Avenue N.W** <br> **Washington, DC 20530** | Line **3.83** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.7 **United States Attorney General** <br> **Department of Justice** <br> **950 Pennsylvania Avenue N.W** <br> **Washington, DC 20530** | Line **2.4** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | **IWC Oil & Refinery, LLC** | Case number *(if known)* | **25-51378** |
|---|---|---|---|
| | Name | | |

**Part 3:** Additional Page

| 4.8 | **United States Attorney, Civil Process Clerk** | Line **3.83** |
|---|---|---|
| | **601 N.W. Loop 410 Ste 600** | ☐ Not listed. Explain _____ |
| | **San Antonio, TX 78216** | |

| 4.9 | **United States Attorney, Civil Process Clerk** | Line **2.4** |
|---|---|---|
| | **601 N.W. Loop 410 Ste 600** | ☐ Not listed. Explain _____ |
| | **San Antonio, TX 78216** | |

| Debtor | **IWC Oil & Refinery, LLC** | Case number *(if known)* | **25-51378** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$152,089.08** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$12,233,902.26** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$12,385,991.34** |

Fill in this information to identify the case:

Debtor name **IWC Oil & Refinery, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **25-51378** Chapter **11**

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **2 Railroad Storage Cars** | **American Industrial Transport (AITX)** |
| | State the term remaining | **0 months** | **100 Clark Street** |
| | List the contract number of any government contract | | **Saint Charles, MO 63301** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications Services** | **AT&T** |
| | State the term remaining | **0 months** | **208 S. Akard St** |
| | List the contract number of any government contract | | **Dallas, TX 75202** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Logistics Management Services** | **Bourque Logistics LLC** |
| | State the term remaining | **0 months** | **1610 Woodstead CT Suite 220** |
| | List the contract number of any government contract | | **Spring, TX 77380** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **5 Railroad Storage Car** | **CIT Group / First Citizens Bank** |
| | State the term remaining | **0 months** | **30 S. Wacker Dr Suite 3100** |
| | List the contract number of any government contract | | **Chicago, IL 60606** |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **500 barrel Frak Tank Eco101 Plate 1WJ9644** | **Corporatizo Cinternational** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |

| Debtor | **IWC Oil & Refinery, LLC** | Case number (if known) **25-51378** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Printer Lease** | **CTWP/DLL- Konica Minolta** |
| | | | **1111 Old Eagle School Road** |
| | State the term remaining | **0 months** | **Wayne, PA 19087** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Railroad Storage Car** | **GATX Corporation** |
| | | | **233 S. Wacker Drive** |
| | State the term remaining | **0 months** | **Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **7 Railroad Storage Cars** | **Jefferson Energy Company** |
| | | | **811 Loisiana St. ste 2300** |
| | State the term remaining | **0 months** | **Houston, TX** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Office space at 8610 N New Braunfels Suite 301, San Antonio TX 78217** | **Lomar Properties LLC** |
| | | | **3522 Paesanos Pkwy** |
| | | **Contract to be ASSUMED** | **San Antonio, TX 78231** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Spectrum Voip telephone solution** | **NEC Financial Leasing** |
| | | | **250 Pehle Ave** |
| | State the term remaining | **0 months** | **Saddle Brook, NJ 07663** |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **Pumps** | **Odessa Pumps** |
| | | | **15265 Capital Prt Dr** |
| | State the term remaining | **0 months** | **San Antonio, TX 78249** |
| | List the contract number of any government contract | | |

| Debtor | **IWC Oil & Refinery, LLC** | Case number (if known) **25-51378** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **2 Railroad Storage Cars** | **Rocky Mountain Transportation Services In** |
| | | | **2430 Vandervilt Beach Rd Ste 179** |
| | State the term remaining | 0 months | **Naples, FL 34109** |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **Industrial warehouse pace for packaged goods** | **T&P Warehouse** |
| | | | **130 Guadalupe St** |
| | State the term remaining | 0 months | **San Antonio, TX 78204** |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **Railroad Storage Car** | **Trinity Industries Leasing Co.** |
| | | | **14221 Dallas Parkway Ste. 1100** |
| | State the term remaining | 0 months | **Dallas, TX 75254** |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Railroad Storage Car** | **Union Tank Car Company (UTLX)** |
| | | | **175 West Jackson Boulevard Suite 2100** |
| | State the term remaining | 0 months | **Chicago, IL 60604** |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Logistics Management Services** | **Vantedge Logistics** |
| | | | **Suite 1210, 335 8th Ave. SW** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | IWC OIL & REFINERY, LLC | Case number (if known) | 25-51378 |
|--------|-------------------------|------------------------|----------|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|--|----------------------------------------------------------------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|------------------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>IWC Oil & Refinery, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>Western</b> District of <b>Texas</b><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td><b>25-51378</b></td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** ***Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Claudia Aparicio** | **2106 Wood Rush**<br>Street<br><br>**San Antonio, TX 78232**<br>City      State      ZIP Code | **Arguindegui Oil Company II Ltd** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Marco Aparicio** | **6 Davenport Lane**<br>Street<br><br>**San Antonio, TX 78258**<br>City      State      ZIP Code | **Arguindegui Oil Company II Ltd** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Texian Investments LLC d/b/a Billy Bobs** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Traveler's Bond & Specialty Insurance** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Street<br><br>City      State      ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City      State      ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **IWC Oil & Refinery, LLC** | Case number (if known) **25-51378** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

---

**Fill in this information to identify the case:**

Debtor name **IWC Oil & Refinery, LLC**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): **25-51378** Chapter **11**

☑ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. | **$145,720,394.12**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. | **$145,720,394.12**

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$7,836,221.03**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | **$152,089.08**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+ $12,233,902.26**

4. **Total liabilities**.................................................................................................................... | **$20,222,212.37**
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IWC Oil & Refinery, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-51378** |

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$37,191.14** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,105,270.69** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$30,715,442.99** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | **Insurance reimbursement** | **$126,928.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | **Interest Income** | **$8,072.00** |

| Debtor | TWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|--------|----------|----------|----------|
| | Name | | |

<table>
<tr><td colspan="2">Part 2:</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **TAS Ten LLC** <br> Creditor's name <br> **130 Guadalupe** <br> Street <br><br> **San Antonio, TX 78204** <br> City State ZIP Code | **04/23/2025** <br><br> **05/09/2025** | **$27,850.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ **Lease payment & repay for** <br> Other **fuel** |
| **3.2.** **Lomar Properties LLC** <br> Creditor's name <br> **3522 Paesanos Pkwy** <br> Street <br><br> **San Antonio, TX 78231** <br> City State ZIP Code | **06/21/2025** <br><br> **05/16/2025** | **$32,352.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other **Lease payment** |
| **3.3.** **Shell Trading (US) Company** <br> Creditor's name <br> **1000 Main Street 1700** <br> Street <br> **level 12** <br><br> **Houston, TX 77002** <br> City State ZIP Code | | **Unknown** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Name

**4.1.**    **Claudia Maria Aparicio**      **06/12/2025**      **$14,100.00**      **Repayment of funds withdrawn from**
Creditor's name                                                  **Simple IRA from 2018 to 2023 to cover**

**2106 Wood Rush**                                          **payroll and expenses**
Street

**San Antonio, TX 78232**
City                  State      ZIP Code

    Relationship to debtor

**Vice President**

**4.2.**    **Carlos Dayan**                                **$9,750.00**      **Commision pay on insurance**
Creditor's name                                                    **reimbursement on the contamination**

**125 Kansas St**                                          **claim that were accomplish under his**
Street                                                      **leadership since the first notice was**
                                                                        **given in Dec 2023 and after a series of**

**San Antonio, TX 78216**                                      **reduction in staff were completed**
City                  State      ZIP Code                                **earlier this year**

    Relationship to debtor

**Director of Project Development**
**LATAM**

**4.3.**    **Claudia Maria Aparicio**      **08/19/2024**      **$500.00**
Creditor's name

**2106 Wood Rush**
Street

**San Antonio, TX 78232**
City                  State      ZIP Code

    Relationship to debtor

**4.4.**    **Claudia Maria Aparicio**      **09/04/2024**      **$2,000.00**
Creditor's name

**2106 Wood Rush**
Street

**San Antonio, TX 78232**
City                  State      ZIP Code

    Relationship to debtor

**4.5.**    **Claudia Maria Aparicio**      **10/01/2024**      **$100.00**
Creditor's name

**2106 Wood Rush**
Street

**San Antonio, TX 78232**
City                  State      ZIP Code

    Relationship to debtor

Debtor 25-51378-cag Doc#44 Filed 08/07/25 Entered 08/07/25 20:28:20 Main Document Pg 70 of
90
TWC Oil & Refinery, LLC                                                    Case number (if known)    25-51378

Name

4.6. **Claudia Maria Aparicio**                    **12/20/2024**        **$2,500.00**
Creditor's name

**2106 Wood Rush**
Street


**San Antonio, TX 78232**
City                    State    ZIP Code

| Relationship to debtor |


4.7. **Claudia Maria Aparicio**                    **12/23/2023**        **$2,500.00**
Creditor's name

**2106 Wood Rush**
Street


**San Antonio, TX 78232**
City                    State    ZIP Code

| Relationship to debtor |


4.8. **Claudia Maria Aparicio**                    **04/24/2025**        **$2,500.00**
Creditor's name

**2106 Wood Rush**
Street


**San Antonio, TX 78232**
City                    State    ZIP Code

| Relationship to debtor |


4.9. **Claudia Maria Aparicio**                    **06/06/2025**        **$2,500.00**
Creditor's name

**2106 Wood Rush**
Street


**San Antonio, TX 78232**
City                    State    ZIP Code

| Relationship to debtor |


4.10. **Generations FCU**                          **08/19/2024**        **$5,413.14**        **Payment of Claudia Aparicio Loan**
Creditor's name

**PO Box 791870**                                 **08/19/2024**
Street

**Attn: Bankruptcy**                              **08/19/2024**

**San Antonio, TX 78279-1870**                    **08/19/2024**
City                    State    ZIP Code

| Relationship to debtor |

Debtor    25-51378-cag  Doc#44  Filed 08/07/25  Entered 08/07/25 20:28:20  Main Document  Pg 71 of
90
IWC Oil & Refinery, LLC                                                    Case number (if known)    25-51378
          Name

4.11.  **Generations FCU**                    **08/19/2024**        **$5,007.73**        **M. Aparicio Loan**
       Creditor's name

       **PO Box 791870**                      **08/19/2024**
       Street

       **Attn: Bankruptcy**

       **San Antonio, TX 78279-1870**
       City                    State    ZIP Code

       Relationship to debtor


4.12.  **IWC Construction**                   **08/05/2024**        **$107,482.00**      **Money transferred to IWC Construction**
       Creditor's name                                                                 **to pay debts of IWC Oil & Refinery LLC**
                                              **12/20/2024**                            **due to pending litigation and**
       Street                                                                          **garnishment of bank accounts**
                                              **12/06/2024**

                                              **12/17/2024**

       City                    State    ZIP Code    **12/3/2024**

       Relationship to debtor                **12/06/2024**... 

       _                                      **01/09/2025**

                                              **01/09/2025**

                                              **06/11/2025**


4.13.  **Marco Aparicio**                     **12/21/2024**        **$4,000.00**
       Creditor's name

       **6 Davenport Lane**                   **12/27/2024**
       Street


       **San Antonio, TX 78258**
       City                    State    ZIP Code

       Relationship to debtor


4.14.  **Various Entities**                                         **$0.00**          **Benefited IWC Carriers**
       Creditor's name

       Street


       City                    State    ZIP Code

       Relationship to debtor

Debtor    25-51378-cag  Doc#44  Filed 08/07/25  Entered 08/07/25 20:28:20  Main Document  Pg 72 of
         IWC Oil & Refinery, LLC                              90                    Case number (if known)    25-51378
         Name

4.15. **IWC Carriers, LLC**                    **2/6/2024**          **$18,507.69**          **Payment to First Insurance Funding that**
Creditor's name                                                                              **was not authorized that may have paid a**
**8610 N New Braunfels Ave Ste 301**                                                         **debt of IWC Carriers LLC**
Street

**San Antonio, TX 78217**
City                State    ZIP Code

Relationship to debtor


4.16. **IWC Carriers, LLC**                    **02/09/2024**         **$4,728.90**           **Payment to Texas Mutual that was not**
Creditor's name                                                                              **authorized that may have paid a debt of**
**8610 N New Braunfels Ave Ste 301**                                                         **IWC Carriers LLC**
Street

**San Antonio, TX 78217**
City                State    ZIP Code

Relationship to debtor


4.17. **Claudia Maria Aparicio**               **12/09/2024**         **$4,905.00**
Creditor's name
**2106 Wood Rush**
Street

**San Antonio, TX 78232**
City                State    ZIP Code

Relationship to debtor


**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  **Texian Investments LLC d/b/a Billy Bobs**<br>Creditor's name<br>**14208 IH 37 S**<br>Street<br><br>**Elmendorf, TX 78112**<br>City          State    ZIP Code | **2021 Freightliner Truck and 2021 CarMax Trailer** | **12/23/2024** | **$55,000.00** |


**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

Debtor IWC Oil & Refinery, LLC     Case number *(if known)* 25-51378

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | **Shell Trading (US) Company** <br> Creditor's name <br> **909 Fannin st 1700** <br> Street <br> **level 12** <br> **Houston, TX 77010** <br> City    State    ZIP Code | **Garnishment of Bank account** <br><br> XXXX– __ __ __ __ | **06/12/2025** | **$8,393.47** |

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **IWC OIL & REFINERY v G.Rodriguez, M.Silva, J.Romo** <br><br> **Case number** <br> **2021-CI- 25658** | **TRO** | **Bexar County District Court** <br> Name <br> **100 Dolorosa Street** <br> Street <br> **District Courts** <br> **San Antonio, TX 78205-3038** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **IWC Oil & Refinery, LLC vs. Tyr Energy Logistics, LLC ET. AL.** <br><br> **Case number** <br> **01-24-00341-CV** | **Breach of Contract, Tortious Interference, Conversion, Fraud** | **1st Court of Appeals** <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| 7.3. | **IWC Oil & Refinery v. Junction Fuels** <br><br> **Case number** <br> **2022-DCL-01410** | **Breach of Contract, Tortious Interference, Economic Coercion, Conversion, Fraud, Unjust Enrichment** | **District Court of 444th Judicial District, Cameron County, Texas** <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.4. | **Savage Services Corporation vs. IWC Oil & Refinery, LLC** <br><br> **Case number** <br> **2022-CI-06736** | **Breach of Contract & Anticipatory Breach** | **150th Judicial District** <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor **IWC Oil & Refinery, LLC**
Name

Case number *(if known)* **25-51378**

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **American Commerical Barge Line, LLC vs. IWC Oil & Refinery, LLC** | **Alleged Breach of Contract; Unpaid Services Rendered** | **Southern District Court of Indiana New Albany** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **4:22-CV-00136-TWP- KMB** | | | |
| | | | City          State     ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Rocky Mountain Transportation Services vs. IWC Oil & Refinery, LLC** | **Breach of Lease Agreement; Default in Payments** | **Bexar County, Texas** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **2023-CI-09913** | | | |
| | | | City          State     ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **AITX LEASING LLC V IWC OIL & REFINERY LLC** | | **In the Circuit Court of St Charles County County of Missouri** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **2311-CC00799** | | | |
| | | | City          State     ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **TRANSMONTAIGNE V IWC OIL & REFINERY LLC** | | **Supreme Court of State of New York County of New York** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **652995/2023** | | | |
| | | | City          State     ZIP Code | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Arguindengui Oil II Ltd. vs. IWC Oil & Refinery LLC, Marco Aparicio, Claudia Aparicio** | **Breach of Contract / failure to pay per Settlement Agreement 202182184** | **61st Judicial District, Harris County, Texas** | ☐ Pending |
| | | | Name | ☑ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **2022-62921** | | | |
| | | | City          State     ZIP Code | |

| Debtor | IWC Oil & Refinery, LLC | | Case number *(if known)* | 25-51378 |
|---|---|---|---|---|
| | Name | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Union Pacific Railroad Company v IWC** | | **"Western District of Texas San Antonio Division"** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **5:25-CV-00485** | | | |
| | | | City        State     ZIP Code | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **FTAI Holdings v IWC** | **Breach of Lease Agreement / Total Loss Property** | **151st Judicial District Court of Harris County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **202512794** | | | |
| | | | City        State     ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Suncoast Resources v IWC** | | **Harris County Civil Court at Law No 4** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **1234781** | | | |
| | | | City        State     ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Tiger Industrial Rentals v IWC** | | **County Court of Jefferson County Court at Law 1** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | | | | |
| | | | City        State     ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Shell Trading (US) Company v IWC Oil & Refinery** | | **151st Judicial District Court of Harris County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **202512794** | | | |
| | | | City        State     ZIP Code | |

Debtor  **IWC Oil & Refinery, LLC**  Case number *(if known)* **25-51378**
Name

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **KCSM v IWC** | | **"Western District of Texas San Antonio Division"** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | **5:20-cv00349** | | Street | |
| | | | City          State     ZIP Code | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **TVT 2.0 LLC v IWC, M.Aparicio, C.Aparicio** | **Domestication of Foreign Judgment** | **48th Judicial District Tarrant Country** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **048-353857-24** | | | |
| | | | City          State     ZIP Code | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mansfield v Junction Fuels, IWC** | | **Unknonw** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **2024CI22745** | | | |
| | | | City          State     ZIP Code | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Aransas County v IWC** | | **Aransas County District Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | | | City          State     ZIP Code | |

| 7.19. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **TVT Capital Source LLC** | | **Unknonw** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | | | City          State     ZIP Code | |

| 7.20. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **AM Diesel Shop v IWC OIL** | | **District Court of 444th Judicial District, Cameron County, Texas** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | Name |
| | Case number | Street |
| City    State    ZIP Code | | |
| | Date of order or assignment | City    State    ZIP Code |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Cystic Fibrosis Foundation** | | **03/07/2024** | **$5,000.00** |
| Recipient's name | | | |
| **506 E. Ramsey 3** | | | |
| Street | | | |
| **San Antonio, TX 78216** | | | |
| City    State    ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| **None** |

9.2.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Pastor Daniel Gonzales** | | | **$2,300.00** |
| Recipient's name | | | |
| **Unknown** | | | |
| Street | | | |
| **San Antonio, TX** | | | |
| City    State    ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| **None** |

| Debtor | TWC Oil & Refinery, LLC | Case number (if known) | 25-51378 |
|---|---|---|---|
| | Name | | |

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Philip Andrews** | | **11/01/2024** | **$2,100.00** |
| | Recipient's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City                    State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | **Mentoree to COO** | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **Losses of cargo and equipment from theft.** | | **Various Dates** | **Unknown** |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Office of Cennamo & Werner** | **Attorney's Fee** | **07/31/2023** | **$15,000.00** |
| | Address | **Filing Fee** | **7/31/2023** | **$1,738.00** |
| | **8546 Broadway Ste 100** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio, TX 78217-6345** | | | |
| | City                    State      ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

---

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Begum-Pelaez-Prada LLC** | **Payment via credit card** | **December 2024** | **$5,000.00** |
| | **Address** | | | |
| | **5511 I-10 Suite 3** <br> Street | | | |
| | **San Atnonio, TX 78201** <br> City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **TAS Tenn LLC via credit card** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Name

**13.1.** 

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Connie Mae Hentosh | Cash payment for security for Daniel Perches | 4/14/23 | $44,864.17 |

Address

102 Lajitas
Street

Boerne, TX 78006
City            State      ZIP Code

Relationship to debtor


**13.2.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Connie Mae Hentosh | Cash payment for rent for Daniel Perches | | (Unknown) |

Address

102 Lajitas
Street

Boerne, TX 78006
City            State      ZIP Code

Relationship to debtor


**13.3.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| Unknown | Unauthorized cash withdrawals that may have been used to pay 3rd parties which may or may not have been creditors of IWC | February and March 2024 | $72,536.84 |

Address

Street

TX
City            State      ZIP Code

Relationship to debtor

Unknown


**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____

Street _____                    From _____ To _____

_____

City _____ State ___ ZIP Code ___

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | _____ | _____ |
| City ___ State ___ ZIP Code | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. _____ _____ | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.   **KYC, articles of incorporations, identification of** _____
State the nature of the information collected and retained. **owners etc**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **New York Life Simple IRA** | EIN:  **2 7 – 3 2 1 0 1 9 9** |

Has the plan been terminated?

☑ No

☐ Yes

Debtor 25-51378-cag  Doc#44  Filed 08/07/25  Entered 08/07/25 20:28:20  Main Document   Pg 82 of
        TWC Oil & Refinery, LLC                                      90                    Case number (if known)    25-51378
        Name

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **PNC**<br>Name<br>**P.O. Box 71335**<br>Street<br><br>**Philadelphia, PA 19176**<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **05/01/2024** | **$34,434.00** |
| 18.2 **IBC Bank**<br>Name<br>**130 E Travis St.**<br>Street<br><br>**San Antonio, TX 78205**<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **02/28/2025** | **$0.00** |
| 18.3 **Bank of America**<br>Name<br>**4909 Savarese Circle**<br>Street<br>**Attn: Bankruptcy**<br>**Tampa, FL 33634**<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **04/30/2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **T&P Warehouse** | Carlos Dayan | Package goods | ☐ No |
| | Name | | | ☑ Yes |
| | **130 Guadalupe St** | | | |
| | Street | **Address** | | |
| | **San Antonio, TX 78204** | | | |
| | City          State   ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **IWC Carriers, LLC** | | 4 Trucks and 4 Trailers in | |
| Name | | Brownsville and San Antonio | |
| **8610 N New Braunfels Ave Ste 301** | | | |
| Street | | | |
| **San Antonio        TX     78217** | | | |
| City          State   ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State   ZIP Code | | |

Debtor    **TWC Oil & Refinery, LLC**           Case number *(if known)*    **25-51378**
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **ABC Gulf Coast Terminal** <br> Name | **Texas Commission of Environmental Quality** <br> Name | ~~Filed complaint about suspected violation of TCEW Rule Section 106.473~~ | |
| Street | **1804 West Jefferson Avenue** <br> Street | | |
| **Harlingen   TX   78550** <br> City   State   ZIP Code | **Harlingen   TX   78550** <br> City   State   ZIP Code | | |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | **Brownsville Police Department** <br> Name | ~~Theft of property and storing of hazardous material in very unsafe and non-permitted condition~~ | **11/02/2024** |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **IWC Oil & Refinery SA de CV**
Name

**59 Poniente #125 Dept.1 Col. El Cerrito**
Street

_____

City      State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2. **IWC Carriers, LLC**
Name

**8610 N New Braunfels Ave Ste 301**
Street

**San Antonio, TX 78217**
City      State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Maria Teresa Elizondo**
Name

**17803 La Cantera Terrace 12311**
Street

**San Antonio, TX 78256**
City       State     ZIP Code

From **04/01/2020**   To **01/01/2024**

| Name and address | Dates of service |
|---|---|

26a.2. **David Pilgrim**
Name

Street

City       State     ZIP Code

From **04/01/2025**   To **05/01/2025**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | TWC Oil & Refinery, LLC | Case number *(if known)* | 25-51378 |
| | Name | | |

| Name and address | Dates of service |
|---|---|

26b.1. **Gonzalez & Black PLLC**
Name

From _____ To _____

**7800 IH 10 West 505**
Street

_____

**San Antonio, TX 78230**
City                    State                    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Gautam Chudasama**
Name

_____

_____
Street

**TX**
City                    State                    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.
Name

_____

_____
Street

_____
City                    State                    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | Will Supplment | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   **Will Supplements**
Name

_____

_____
Street

_____
City                    State                    ZIP Code

Debtor 25-51378-cag Doc#44 Filed 08/07/25 Entered 08/07/25 20:28:20 Main Document Pg 87 of
TWC Oil & Refinery, LLC                                                    90            Case number *(if known)*  25-51378
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Claudia Aparicio | 2106 Wood Rush Suite 3 San Antonio, TX 78232 | , | 24.00% |
| Marco Aparicio III | 6 Davenport Lane San Antonio, TX 78258 | , | 24.00% |
| Daniella Baron | | , | 2.00% |
| Marco Aparicio | 6 Davenport Lane San Antonio, TX 78258 | , | 50.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Felipe Vega | | , | From _____  To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Claudia Maria Aparicio<br>Name<br>2106 Wood Rush<br>Street<br><br>San Antonio, TX 78232<br>City                State        ZIP Code<br><br>Relationship to debtor | $14,406.90 | | Salary |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Claudia L. Aparicio<br>Name<br>2618 Melrose Canyron Drive<br>Street<br><br>TX<br>City                State        ZIP Code<br><br>Relationship to debtor | $1,470.81 | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3. **Jose Aparicio**                                                        **$225.00**
Name

Street

City                              State        ZIP Code

Relationship to debtor


| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.4. **Marco Aparicio**                                                   **$4,000.00**
Name

**6 Davenport Lane**
Street

**San Antonio, TX 78258**
City                              State        ZIP Code

Relationship to debtor


| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5. **James Coop**                                                      **$10,000.00**
Name

Street

City                              State        ZIP Code

Relationship to debtor

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.6. **Carlos Dayan**

Name          **$9,750.00**

Street

City      State      ZIP Code

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **08/07/2025**

     MM/ DD/ YYYY

**X /s/ Claudia Aparicio**      Printed name      **Claudia Aparicio**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

| Fill in this information to identify the case: |
| --- |
| Debtor name  **IWC Oil & Refinery, LLC** |
| United States Bankruptcy Court for the:  **Western District of Texas** |
| Case number (if known):  **25-51378** |

☑ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑  *Amended Schedule*  **Amended List of Creditors Who Have the 20 Largest Unsecured Claims**

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/07/2025**
　　　　　　　 MM/ DD/ YYYY

**X** /s/ Claudia Aparicio
Signature of individual signing on behalf of debtor

**Claudia Aparicio**
Printed name

**Vice President**
Position or relationship to debtor